IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRAD ANDREW HUBBARD,
ADC #653533                                                                                    PETITIONER

v.                                  Case No. 5:16-cv-00210-KGB

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al*.                                    RESPONDENTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 20). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Petitioner Brad Andrew Hubbard's petition for writ of *habeas corpus* is hereby dismissed with prejudice (Dkt. No. 5). The Court declines to issue a certificate of appealability as Mr. Hubbard has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(1)-(2).

So ordered this 17th day of May, 2018.

                                                                                      Kristine G. Baker
                                                                                      United States District Judge