# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRAD ANDREW HUBBARD,**
**ADC #653533**                                                                           **PETITIONER**

**v.**                     **Case No. 5:16-cv-00210-KGB**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al***.**                       **RESPONDENTS**

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that petitioner Brad Andrew Hubbard's petition for writ of *habeas corpus* is dismissed with prejudice. The relief prayed for is denied.

So adjudged this 17th day of May, 2018.

                                                                       Kristine G. Baker
                                                                       United States District Judge